**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: PETITION TO CUMULATE    : No. 332 MAL 2024
WRITE-IN VOTES IN 2024 PRIMARY  :
ELECTION FOR REPRESENTATIVE   :
IN THE GENERAL ASSEMBLY FROM  : Petition for Allowance of Appeal
THE 117TH DISTRICT                    : from the Order of the
                                       : Commonwealth Court
                                       :
PETITION OF:  MIKE CABELL       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.